# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA DICKSON,<br><br>　　Plaintiff<br><br>v.<br><br>ANDREW FREED, et al.,<br><br>　　Defendant | Case No.: 2:19-cv-01718-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Adolfo Chavez's response to the order to show cause (ECF No. 10), I deem my prior order to show cause (ECF No. 6) satisfied and I will not remand this matter for lack of subject matter jurisdiction at this time. However, defendant Adolfo Chavez remains responsible for establishing subject matter jurisdiction with evidence other than counsel's statements.

DATED this 31st day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE