# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA DICKSON,<br><br>  Plaintiff<br><br>v.<br><br>ANDREW FREED, et al.,<br><br>  Defendant | Case No.: 2:19-cv-01718-APG-EJY<br><br>**Order Setting Hearing on Motion to Remand**<br><br>[ECF No. 12] |

I will hear oral arguments on the plaintiff's motion to remand (ECF No. 12) on **Wednesday, March 18, 2020 at 11:00 a.m.** in Las Vegas Courtroom 6C.

I strongly encourage litigants to permit more junior members of the litigation team to conduct oral argument. Where the more junior attorney presents the argument, I will entertain reasonable requests for a more senior attorney to supplement the argument.

DATED this 2nd day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE