UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA DICKSON,<br><br>　　　Plaintiff<br><br>v.<br><br>ANDREW FREED, et al.,<br><br>　　　Defendants | Case No.: 2:19-cv-01718-APG-EJY<br><br>**Order for Proposed Joint Pretrial Order** |

The proposed joint pretrial order is overdue. ECF No. 49 at 9.

I THEREFORE ORDER the parties to file the proposed joint pretrial order by November 5, 2021. Failure to comply with this order may result in sanctions, up to and including dismissal.

DATED this 8th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE